

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2015

No. 04-14-00904-CR

Jonathan Matthew **ESCOBEDO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-09-0117-CRA
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court